**Order filed January 22, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00904-CV

_____

## IN RE ONE THOUSAND SIX HUNDRED FOUR DOLLARS & NINE CENTS ($1,604.09) IN U.S. CURRENCY

### QUINCY DESHAN BUTLER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 11-06-20924**

## ORDER

On November 25, 2014, this court notified appellant that the appeal would be dismissed unless appellant filed with this court documents satisfying the requirements of Texas Rule of Appellate Procedure 20.1 and Chapter 14 of the Texas Civil Practice and Remedies Code on or before **December 15, 2014.** *See Douglas v. Moffett,* 418 S.W.3d 336, 339 (Tex. App.—Houston [14th Dist.] 2013, no pet.).

To date, appellant has not complied with Chapter 14 of the Texas Civil Practice and Remedies Code. In addition, appellant's brief was due January 14, 2015. No brief or motion for further extension of time has been filed.

Unless appellant complies with Chapter 14 as set out in this court's notice and files his brief with the clerk of this court on or before **February 13, 2015**, the court will dismiss the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM